PHILLIP A. TALBERT
United States Attorney
NIRAV K. DESAI
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**

DEC - 7 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>the person of Rodney Flucas; the premises at 2953 4th Street, Ceres California; a silver Haulmark Trailer, Georgia license plate TR1651E; a Mobile Mini shipping container with serial number BS40ZZK5109; a 2007 Chevrolet Silverado truck, Georgia license plate PGF1491; a Ford Econoline Van, Georgia license plate PTT5486; an Itasca Suncruiser recreational vehicle, California license plate 3MZK820; and a black flatbed trailer with no license plate | CASE NO. 2:17-SW-0946-EFB<br><br>[PROPOSED] ORDER TO UNSEAL REDACTED SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the court clerk unseal this matter as well as the currently-filed search warrant and sealing order, that the currently-filed application for a search warrant remain under seal, and that the clerk file on the public docket the redacted application for a search warrant attached to the government's motion.

DATED: 12/7/2017

_____
Hon. Carolyn K. Delaney
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL REDACTED SEARCH
WARRANT MATERIALS

1